UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** June 10, 2021 (Time: 18 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-17-76-PJH
            CR-19-145-PJH
**Case Name:**   UNITED STATES   v. PEDRO CONTRERAS BENITEZ (C)

**Attorney for Plaintiff:**   Anna Nguyen
**Attorney for Defendant:**   Joyce Leavitt

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Diane Skillman

**Probation:** Julian Horta

**PROCEEDINGS**

    Disposition Hearing re Supervised Release Violation-Held via Zoom Webinar. Consent of defendant having been obtained to proceed by way of video conference as opposed to waiting to hold an in person hearing, the Court found good cause to proceed by way of video conference.

    The defendant waives his right to a formal hearing. The defendant stipulates for the purposes of the violation that the charge could be proven by the government. Based on the stipulation the Court finds by a preponderance of the evidence that defendant violated the condition of supervision in charge 3 of the form 12 petition dated 5/5/2021. The defendant is committed to the custody of the Bureau of Prisons for a term of 24 months; 12 months supervised release along with all the standard and special conditions of supervised release as stated on the record.

    On the motion of the government charges one and two are dismissed.

cc:  chambers